```
                UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

**THIAGO BARBOSA COSTA**                                          **PETITIONER**

**VERSUS**                           **CIVIL ACTION NO. 5:25-cv-60-DCB-LGI**

**TODD M. LYONS, UNITED STATES and**
**CUSTOM ENFORCEMENT DIRECTOR for**
**DENTENTION AND REMOVAL, et al**                                 **RESPONDENTS**

## SHOW CAUSE ORDER

BEFORE THE COURT is the matter of attorney Andrew Peter Smollett of Hingham, Massachusetts, who has been identified as counsel of record for Petitioner. Counsel has failed to comply with the requirements for pro hac vice admission in accordance with Local Rule 83.1(d), despite prior notice.

The Court notes that two letters were issued to Attorney Smollett: one on June 17, 2025 and another on July 18 2025, directing him to complete the pro hac vice admission process or otherwise take appropriate action. [ECF No. 8]; [ECF No. 9]. On August 28, 2025, when no response was received, a Show Cause Order was entered by Magistrate Judge Issac requiring the attorney's compliance. To date, counsel has not filed a motion for pro hac vice admission, a motion to withdraw, or any other responsive pleading.

**IT IS, THEREFORE, ORDERED** that Attorney Andrew Smollett shall SHOW CAUSE in writing within fourteen (14) days of this Order why he

has failed to comply with Local Rule 83.1(d) and prior orders from the Court. Counsel MUST either:

1. File a motion for pro hac vice admission that complies with Rule 83.1(d); OR
2. File a motion to withdraw as counsel of record.

**IT IS FURTHER ORDERED** that counsel MUST provide written explanation demonstrating good cause for his noncompliance.

**IT IS FURTHER ORDERED** that counsel shall provide an update on the current detention location of Petitioner within the same fourteen (14) day period.

Failure to respond to this Order may result in sanctions that the Court deems appropriate.

    **SO ORDERED** on the 24TH of OCTOBER, 2025.

                                               /s/ David C. Bramlette
                                               UNITED STATES DISTRICT JUDGE

Case 5:25-cv-00060-DCB-LGI    Document 12    Filed 10/24/25    Page 3 of 3