```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF MISSISSIPPI
                           WESTERN DIVISION
```

**THIAGO BARBOSA COSTA**                                              **PETITIONER**

**VERSUS**                                  **CIVIL ACTION NO. 5:25-cv-60-DCB-LGI**

**TODD M. LYONS, UNITED STATES and**
**CUSTOM ENFORCEMENT DIRECTOR for**
**DENTENTION AND REMOVAL, et al**                                    **RESPONDENTS**

<u>FINAL JUDGMENT</u>

THIS MATTER came before the Court on Magistrate Judge Issac's Report and Recommendation [ECF No. 11]; and the Court, having adopted the Report and Recommendation as the findings and conclusions of this Court in an Order of even date herewith;

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

SO ORDERED AND ADJUDGED this 10th day of December, 2025.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE
